Richard L. Wade (11879)
Matthew S. McLaughlin (16110)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
rwade@hutchlegal.com
mmclaughlin@hutchlegal.com

*Attorney for Defendant AAA Air Filter Co., Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, a Mutual Insurance Company,<br><br>Plaintiffs,<br><br>v.<br><br>AAA AIR FILTER CO., INC., a Nevada Corporation; RAUL ELIJIO GONZALEZ; GABRIEL JARAMILLO, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00758-JAD-EJY<br><br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT AAA AIR FILTER CO., INC. TO RESPOND TO COMPLAINT** |

Defendant AAA Air Filter Co., Inc. ("Defendant"), and Plaintiff Acuity A Mutual Insurance Company ("Plaintiff") stipulate as follows:

1. Plaintiff filed Complaint for Declaratory Relief on April 19, 2024.

2. Defendant was served Complaint and Summons on April 23, 2024.

3. The current deadline for defendant's response to plaintiff's Complaint is May 14, 2024.

/ / /

/ / /

4.      The parties hereby stipulate to extend the May 14, 2024 deadline for defendant's response to plaintiff's Complaint to **May 28, 2024**.

**IT IS SO STIPULATED**.

DATED this 13th day of May, 2024.

HUTCHISON & STEFFEN, PLLC

/s/ Matthew S. McLaughlin
_____
Richard L. Wade (11879)
Matthew S. McLaughlin (16110)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145

*Attorney for Defendant*
*AAA Air Filter Co., Inc.*

DATED this 13th day of May, 2024.

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills
_____
Michael C. Mills (3534)
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130

*Attorneys for Plaintiff Acuity A Mutual Insurance Company*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 14, 2024