MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, a Mutual Insurance Company, | CASE NO:  2:24-cv-00758-JAD-EJY |
| Plaintiff, | |
| vs. | |
| AAA AIR FILTER CO., INC. a Nevada Corporation, RAUL ELIJIO GONZALEZ; GABRIEL JARAMILLO, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

## STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH L.R. 26-1(b)

## SPECIAL SCHEDULING REVIEW REQUESTED

Pursuant to Local Rule 26-1(b), the parties submit their alternative Discovery Plans and Scheduling Orders.  Deadlines that fall on a Saturday, Sunday, or legal holiday have been scheduled for the next judicial day.

1.  **Meeting:**  Pursuant to FRCP Rule 26(f), a meeting was held on June 21, 2024, and was attended via Zoom by Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell for Plaintiff and by Matthew S. McLaughlin, Esq., of Hutchinson & Steffen, PLLC for Defendant, AAA Air Filter Co., Inc. (herein "AAA"). No attorney

appeared to represent Defendants Raul Elijio Gonzalez and Gabriel Jaramillo at the meeting.

2.  **Pre-Discovery Disclosures**:  Pursuant to FRCP Rule 26(a)(1), Plaintiff served its disclosures on June 26, 2024.  Defendant AAA Air Filter Co., Inc.'s disclosures were served on July 5, 2024. No attorney appeared to represent Defendants Raul Elijio Gonzalez and Gabriel Jaramillo at the meeting.

3.  **Areas of Discovery**:  The appearing parties agree that when discovery begins, the areas of discovery should include, but not be limited to: all claims and defenses and claimed damages allowed pursuant to the Federal Rules of Civil Procedure. No attorney appeared to represent Defendants Raul Elijio Gonzalez and Gabriel Jaramillo at the meeting.

4.  The parties request that the court review the matter for special scheduling. The matter is complex in that it involves a declaratory relief action and the underlying litigation involves wrongful death. Also, Plaintiff may default Defendants Raul Elijio Gonzalez and Gabriel Jaramillo. No attorney appeared to represent Defendants Raul Elijio Gonzalez and Gabriel Jaramillo at the meeting.

5.  The appearing parties submit this request in compliance with L.R. 26-1(b).

6.  **Discovery Plan**:

   A. The parties contend that the Court should adopt the following Discovery Plan and Scheduling Order.

   | | | |
   |---|---|---|
   | 1. | Discovery Cut-Off: | February 18, 2025 |
   | 2. | Filing Motions to Amend: | November 20, 2024 |
   | 3. | Initial Expert Disclosure: | December 20, 2024 |
   | 4. | Rebuttal Expert Disclosure: | January 20, 2025 |
   | 5. | Last Day to Extend Discovery | January 28, 2025 |
   | 6. | Dispositive Motions: | March 20, 2025 |
   | 7. | Pre-Trial Order: | April 21, 2025 |

4131038v1

B.    **Amending the Pleadings and Adding Parties:**  Plaintiff contends that the parties should have until November 20, 2024, to file any motions to amend the pleadings to add parties.  This is 90 days before the discovery cut-off date.

C.    **Disclosure of Experts FRCP 26(a)(2):**  Plaintiff contends that Disclosure of experts should proceed according to FRCP Rule 26(a)(2) and LR 26-1(e)(3) as follows:  The disclosures of experts and their initial reports should occur on or before December 20, 2024.   The disclosure of rebuttal experts and their initial reports should occur on or before January 20, 2025.  These deadlines are 60 and 30 days before the discovery cut-off date, respectively.

D.    **Dispositive Motions:**  Plaintiff contends that the parties should have until March 20, 2025 to file dispositive motions.  This is 30 days after the discovery cut-off date, as required by LR-26-1(b)(4).

E.    **Pre-Trial Order:**  Plaintiff contends that the parties should prepare a Joint Pre-Trial Order on or before April 21, 2025, which is not more than 30 days after the date set for filing dispositive motions in the case, as required by LR 26-1(b)(4).  This deadline will be suspended if dispositive motions are timely filed until 30 days after the decision of the dispositive motions or until further order of the Court.  The disclosure required by FRCP Rule 26(a)(3), and objections thereto, shall be made in the pre-trial order.

F.    **Extensions and Modification of the Discovery Plan and Scheduling Order:** LR 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order.  Any stipulation or motion to extend a deadline set forth in the discovery plan and scheduling order must be made no later than 21 days before the subject deadlines.  Any stipulation or motion to extend the discovery cut-off period must be made not later than January 28, 2025, which is 21 days before the discovery cut-off date.

G.    **FRCP 26(a)(3) Disclosures:**  Unless the discovery plan otherwise provides and the court so orders, the disclosures required by FRCP 26(a)(3) and any

4131038v1

1    objections thereto shall be included in the pretrial order.

2            **H.**    **Alternative Dispute Resolution:**   Defendant AAA Air Filter Co.,

3    Inc. contends that this matter should be stayed to allow the parties to participate in a

4    mediation of the underlying action.   Plaintiff is willing to consider mediation but does

5    not believe that discovery should be stayed.

6            **I.**    **Alternative Forms of Case Disposition:**   The appearing parties

7    hereby certify they conferred about the possibility of using Alternative Case Disposition,

8    including trial by magistrate judge and short trial.    The appearing parties agree that

9    these are avenues that the parties may pursue.

10           **J.**    **Electronic Evidence**:   The parties addressed the e-discovery

11    issues pertaining to the format of discovery at the Rule 26(f) conference.   The parties do

12    not anticipate discovery of native files or metadata at this time, but each party reserves

13    the right to make a showing for the need of such electronic data as discovery progresses.

14    The parties certify that they may present evidence in electronic format to jurors for the

15    purposes of jury deliberation in compliance with the Court's electronic jury evidence

16    display system.

17           **K.**    **Court Conferences**:   If the Court has questions regarding the dates

18    proposed by the parties, the parties request a conference with the Court before entry of

19    the Scheduling Order.   If the Court does not have questions, the parties do not request

20    a conference with the Court.

21           **L.**    **Trial Judge**:   The parties agree and would like the Honorable

22    Jennifer A. Dorsey to be the trial judge.

23           **M.**    **Electronic (Email) Service of Documents NOT filed with the**

24    **Court:** The attorneys of record in this matter communicate via email; and, they have

25    agreed that any documents to be served in this case (other than documents that must be

26    electronically filed with this Court) may be served electronically through email.   A

27    document is deemed to be sufficiently served to the other parties as of the date that the

28    document is emailed.   The parties may also, but are not required, mail a paper copy of

4131038v1

1  documents to be served to other parties.  If any documents are too large to be served via

2  email, the parties will serve them by regular mail.

3

4  Dated this 18th day of July, 2024          Dated this 18th day of July, 2024

5  HUTCHISON & STEFFEN                      BAUMAN LOEWE WITT & MAXWELL

6

7  */s/ Matthew S. McLaughlin*                  */s/ Michael C. Mills*

8  Richard L. Wade, Esq.                      MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 11879                       Nevada Bar No. 003534
9  Matthew S. McLaughlin, Esq.                3650 N. Rancho Dr., Ste. 114
   Nevada Bar No. 16110                       Las Vegas, Nevada  89130
10 10080 W Alta Dr., Ste. 200                 Attorneys for Plaintiff Acuity A Mutual
   Las Vegas, NV 89145                        Insurance Company Raul Elijio Gonzalez
11 Attorneys for Defendant                    3955 W. Russell Rd.
   AAA Air Filter Co., Inc.                   Las Vegas, NV 89118

12

13                        **ORDER**

14       IT IS ORDERED.

15

16

17

18       UNITED STATES MAGISTRATE JUDGE

19

20       DATED:  July 22, 2024

21

22

23

24

25

26

27

28