MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
7251 W. Lake Mead Blvd., Ste. 300 #359
Las Vegas, NV 89128
Phone: 702-240-6060
Fax: 702-549-8855
Email: mmills@blwmlawfirm.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, a Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>AAA AIR FILTER CO., INC. a Nevada Corporation, RAUL ELIJIO GONZALEZ; GABRIEL JARAMILLO, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:24-cv-00758-JAD-EJY<br><br>**Order Directing the Clerk of Court to Enter Stipulated Judgment and Close this Case**<br><br>ECF Nos. 29, 30 |

Plaintiff Acuity, a Mutual Insurance Company, and Defendant AAA Air Filter, having entered into Stipulated Findings of Fact, Stipulated Conclusions of Law and Stipulation for Judgment, the terms and conditions which are incorporated herein and

///
///
///
///
///
///
///
///

STIPULATED JUDGMENT
- PAGE 1 OF 4 -

4137034v1

copy is attached hereto as Exhibit A and do hereby submit to the Court the following Stipulated Judgment:

Dated this 9th day of Oct., 2024

HUTCHISON & STEFFEN

*/s/ Matthew McLaughlin*

RICHARD L. WADE, ESQ.
Nevada Bar No. 11879
MATTHEW S. MCLAUGHLIN, ESQ.
Nevada Bar No. 16110
10080 W Alta Dr., Ste. 200
Las Vegas, NV 89145
Attorneys for Defendant
AAA Air Filter Co., Inc.

Dated this 9th day of Oct, 2024

BAUMAN LOEWE WITT & MAXWELL

*/s/ Michael Mills*

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
7251 W. Lake Mead Blvd., Ste. 300 #359
Las Vegas, Nevada 89128
Attorneys for Plaintiff Acuity A Mutual Insurance Company

## STIPULATED JUDGMENT

WHEREFORE, by reason of the law and premises aforesaid.

IT IS HEREBY ORDERED, ADJUGED AND DECREED THAT:

1. Plaintiff Acuity, a Mutual Insurance Company owes no duty to defend Defendants AAA Air Filter Company Inc., Raul Elijio Gonzalez, or Gabriel Jaramillo or any one of them in the case of <u>Karina Tinta-Ochoa individually, as legal heir and as Special Administratrix of the Estate of Francisco Romero-Padilla Deceased,; Klarissa Nicole Romero-Tinta, a minor and legal heir by and through her natural parent and guardian, Karina Tinta-Ochoa, Plaintiffs v. Raul Elijio Gonzalez; Gabriel Jaramillo; AAA Air Filter Co, Inc. Defendants,</u> Eighth Judicial District Court, Case. No. A-24-885990-C involving the loss of June 13, 2023 as described in the Amended Complaint filed in that action.

2. Plaintiff Acuity, a Mutual Insurance Company owes no duty to indemnify Defendants AAA Air Filter Company Inc., Raul Elijio Gonzalez, or Gabriel Jaramillo or any one of them for any judgment, order or award that may issue in the case of <u>Karina Tinta-Ochoa individually, as legal heir and as Special</u>

STIPULATED JUDGMENT
- PAGE 2 OF 4 -

4137034v1

<u>Administratrix of the Estate of Francisco Romero-Padilla Deceased,; Klarissa Nicole Romero-Tinta, a minor and legal heir by and through her natural parent and guardian, Karina Tinta-Ochoa, Plaintiffs v. Raul Elijio Gonzalez; Gabriel Jaramillo; AAA Air Filter Co, Inc. Defendants</u>, Eighth Judicial District Court, Case. No. A-24-885990-C involving the loss of June 13, 2023 as described in the Amended Complaint filed in that action..

3. That each party shall bear their own attorneys fees and costs.

Based on the parties' stipulations [ECF Nos. 29, 30] and good cause appearing, IT IS HEREBY ORDERED that **the Clerk of Court is directed to ENTER this JUDGMENT** in favor of the plaintiff and against the defendants as stated herein **and CLOSE THIS CASE.**

Respectfully Submitted by:

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
7251 W. Lake Mead Blvd., Ste. 300 #359
Las Vegas, Nevada 89128
Attorneys for Plaintiff Acuity
A Mutual Insurance Company

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 11, 2024

**EXHIBIT A**

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
7251 W. Lake Mead Blvd., Ste. 300 #359
Las Vegas, NV 89128
Phone: 702-240-6060
Fax: 702-549-8855
Email: mmills@blwmlawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ACUITY A MUTUAL INSURANCE COMPANY, a Mutual Insurance Company,<br><br>Plaintiff,<br><br>vs.<br><br>AAA AIR FILTER CO., INC. a Nevada Corporation, RAUL ELIJIO GONZALEZ; GABRIEL JARAMILLO, DOES 1 through 10, inclusive; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO: 2:24-cv-00758-JAD-EJY<br><br>STIPULATED FINDINGS OF FACT, CONCLUSIONS OF LAW AND STIPULATION FOR JUDGMENT |

COME NOW Plaintiff Acuity, A Mutual Insurance Company, (hereinafter "Acuity"), by and through its counsel of record, Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell, and Defendant AAA Air Filter Co., Inc. by and through its counsel Mathew S. McLaughlin, Esq. of the law firm of Hutchison & Steffen and hereby enter into these Stipulated Findings of Facts, Conclusions of Law and Stipulation for Judgment. This Stipulation is based upon agreed upon facts of the parties and the documents attached as Exhibits.

## STIPULATED FINDINGS OF FACT

1. Plaintiff Acuity is a mutual insurance company which is organized under the laws of the State of Wisconsin and is authorized to operate in the State of Nevada.

STIPULATED FINDINGS OF FACT, CONCLUSIONS OF LAW AND STIPULATION FOR JUDGMENT
- PAGE 1 OF 6 -
4129578v1

2. Defendant AAA Air Filter Co., Inc. is a Nevada Corporation, authorized to operate in the State of Nevada.

3. Defendants Gonzalez and Jaramillo were properly served with the subject action and they are currently in default as a result of their failure to answer the subject Complaint for Declaratory Relief.

4. On February 1, 2024, Karina Tinta, the Estate of Franciso Romero-Padilla, Klarissa Nicole Romero-Tinta (a minor) brought a wrongful death action against the Defendants alleging the Defendants Gonzalez and Jaramillo negligently caused a motor vehicle accident which resulted in the death of Franciso Romero-Padilla in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-24-885900-C. (Hereafter the "underlying amended complaint").

5. The Underlying Amended Complaint alleges that on June 13, 2023 the Defendants Gonzalez and Jaramillo were operating a AAA Air Filter Co., Inc. vehicle that had allegedly been negligently entrusted to Defendants Gonzalez and Jaramillo and that they were allegedly acting in the course and scope of their employment for Defendant AAA Air Filter Co., Inc. when the crash occurred. The underlying amended complaint alleges that AAA Air Filter Co., Inc. is independently and vicariously liable for the alleged negligence of Gonzalez and Jaramillo. AAA Air Filter Co., Inc. denies the allegations as to itself.

6. On June 13, 2023, AAA Air Filter Co., Inc. in addition to having a Commercial Auto Policy issued by Progressive Commercial Policy No. 03897844-1, also had a Commercial General Liability (Bis-Pak) Policy and a Commercial Excess Liability policy issued by Plaintiff Acuity under policy number ZA7788. The Bis-Pak policy provided $1,000,000 Liability and Medical Expense Coverage (Each Occurrence) limit. The Commercial Excess Liability policy provided $5,000,000 (Each Occurrence) limit.

7. The Acuity Bis-Pak policy excludes certain damages including but not limited to damages for bodily injury arising out of the ownership, maintenance, use or entrustment to others of any automobile.

8. The Acuity Commercial Excess Liability policy would pay excess damages up to the excess policy limits but only in circumstances where the excess liability arises above a scheduled "underlying insurance" policy and is not excluded by the underlying insurance.

9. The Progressive Commercial Auto Policy is not included on the Excess Policy's schedule of underlying insurance.

10. Although Acuity Biz-Pak policy is on the Excess policy's schedule of underlying insurance, the Acuity Biz-Pak policy excludes coverage for damages arising from the use of automobiles.

11. There are no other applicable underlying insurance policies.

### STIPULATED CONCLUSIONS OF LAW

12. The Auto Exclusion included in the Acuity Biz-Pak liability policy effectively excludes coverage for all damages arising from the loss of June 13, 2023 as described in the underlying amended complaint.

13. The Acuity Biz-Pak liability policy is included on the Schedule of Underlying Insurance found in the Acuity Commercial Excess Liability policy. However, effective auto exclusion precludes Excess Liability Coverage arising through the Acuity Biz-Pak Liability policy.

14. The Progressive Commercial Auto Policy provides liability coverage for the loss of June 13, 2023 described in the underlying amended complaint.

15. However, the Progressive Commercial Auto policy is not listed on the Schedule of Underlying Insurance found in the Acuity Commercial Excess Liability policy. Therefore, because the Progressive Commercial Auto Policy does not qualify as scheduled underlying insurance, there is no coverage available to the Defendant on

Acuity's Commercial Excess Liability Coverage which arise from the loss of June 13, 2023 as described in the underlying amended complaint.

16. Thus Acuity owes no duty to indemnify Gonzalez, Jaramillo or AAA Air Filter Company, Inc. for any damages arising from the loss of June 13, 2023 as described in the underlying amended complaint or any other claim related to that loss.

17. Furthermore, Acuity owes no duty to defend Gonzalez, Jaramillo or AAA Air Filter Company, Inc. against the allegations arising from the loss of June 13, 2023 as described in the underlying amended complaint or any other pleading related to that loss.

## STIPULATION FOR JUDGMENT

18. The parties stipulate that as part of this arrangement that they will submit to the Court a proposed judgment in favor of Plaintiff and against Defendant regarding the coverage issues described above and that each party to the judgment will bear its own fees and costs and no award of fees and costs will be included in the judgment.

19. A proposed Stipulated Judgment is attached as Exhibit 1.

20. The parties request that this Honorable Court sign and file the attached proposed Stipulated Judgment and close this action to further litigation.

Dated this 7th day of Oct., 2024

HUTCHISON & STEFFEN

Richard L. Wade, Esq.
Nevada Bar No. 11879
Matthew S. McLaughlin, Esq.
Nevada Bar No. 16110
10080 W Alta Dr., Ste. 200
Las Vegas, NV 89145
Attorneys for Defendant
AAA Air Filter Co., Inc.

Dated this 9th day of Oct., 2024

BAUMAN LOEWE WITT & MAXWELL

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
7251 W. Lake Mead Blvd., Ste. 300 #359
Las Vegas, Nevada 89128
Attorneys for Plaintiff Acuity A Mutual Insurance Company