AO450 (NVD Rev. 7/31/24)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Acuity

                                                      JUDGMENT IN A CIVIL CASE

               Plaintiff,

    v.                                          Case Number: 2:24-cv-00758-JAD-EJY

AAA Air Filter Co., Inc. et al


              Defendants.


___    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒    **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Plaintiff and against Defendants. Case closed.


10/11/2024

Date

    DEBRA K. KEMPI

Clerk

/s/ AMMi

Deputy Clerk