AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

ACUITY, a Mutual Insurance Company

                Plaintiff,

    v.

AAA Air Filter Co., Inc. et al,

                Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case Number  2:24-cv-00758-JAD-EJY

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **AMENDED JUDGMENT** in favor of the plaintiff that declares against Defendant AAA Air Filter Company Inc. *and* Defendant Raul Elijio Gonzalez that Plaintiff Acuity, a Mutual Insurance Company, owes no duty to defendant Defendants AAA Air Filter Company, Inc, Raul Elijio Gonzalez, or Gabriel Jaramillo or any one of them in the case of *Tinta-Ochoa et al. v. Gonzalez et al.* , Eighth Judicial District Court, Clark County, Nevada, case no. A-24-885990-C.

Date: <u>November 19, 2024</u>

DEBRA K. KEMPI
Clerk



/s/ Wayne Julian
Deputy Clerk